EXHIBIT A

Daniel M. Hattis (SBN 232141)
Paul Karl Lukacs (SBN 197007)
HATTIS & LUKACS
400 108th Ave NE, Ste 500
Bellevue, WA 98004
Telephone: (425) 233-8650
Facsimile: (425) 412-7171
Email: dan@hattislaw.com
Email: pkl@hattislaw.com

*Attorneys for Plaintiffs
and the Proposed Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA MACCLELLAND;<br>KAREN UMBERGER; and<br>SCOTT WILLITS,<br>For Themselves, As Private Attorneys General, and On Behalf Of All Others Similarly Situated,<br><br>                                        Plaintiffs,<br><br>v.<br><br>CELLCO PARTNERSHIP<br>(D/B/A VERIZON WIRELESS),<br><br>                                        Defendant. | Case No. _____<br><br>**DECLARATION OF TERESA MACCLELLAND PURSUANT TO THE CALIFORNIA CONSUMERS LEGAL REMEDIES ACT (CAL. CIVIL CODE § 1780(d))**<br><br>**[FILED CONCURRENTLY WITH COMPLAINT]** |

CLRA DECLARATION OF
TERESA MACCLELLAND

**HATTIS & LUKACS**
400 108th Ave. NE, Ste 500
Bellevue, WA 98004
T: 425.233.8650 | F: 425.412.7171
www.hattislaw.com

I, TERESA MACCLELLAND, hereby declare and state as follows:

1. I am over the age of 18 years, and am a plaintiff in the above-referenced civil action.

2. The facts contained herein are based on my personal knowledge except as to facts stated upon information and belief and, as to those, I believe it to be true.

3. This civil action pleads a cause of action for violation of the California Consumers Legal Remedies Act ("CLRA") against Defendant Cellco Partnership D/B/A Verizon Wireless ("Verizon"). This civil action has been commenced in a county described in Section 1780(d) of the California Civil Code as a proper place for the trial of the action.

4. This action is being commenced in the County of Humboldt because that is a county in which Verizon is doing business. Verizon is doing business in the County of Humboldt by, without limitation, advertising and selling its wireless service plans in the County of Humboldt including in its retail store located in Eureka, California.

5. This action is being commenced in the County of Humboldt because I subscribed to and received Verizon wireless services, and was charged the Administrative Charge which is the subject of this Complaint, at my home in Eureka, California, which is in the County of Humboldt.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed in Humboldt County, California.

Date: 10/28/2021

*DocuSigned by:*
*Teresa MacClelland*
B2ED45A7308741D
TERESA MACCLELLAND

---

CLRA DECLARATION OF
TERESA MACCLELLAND

- 1 -

HATTIS & LUKACS
400 108th Ave. NE, Ste 500
Bellevue, WA 98004
T: 425.233.8650 | F: 425.412.7171
www.hattislaw.com

1  Daniel M. Hattis (SBN 232141)
   Paul Karl Lukacs (SBN 197007)
2  HATTIS & LUKACS
   400 108th Ave NE, Ste 500
3  Bellevue, WA 98004
   Telephone: (425) 233-8650
4  Facsimile: (425) 412-7171
   Email: dan@hattislaw.com
5  Email: pkl@hattislaw.com

6  *Attorneys for Plaintiffs*
   *and the Proposed Class*
7

8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10

11  TERESA MACCLELLAND;                    Case No. _____
    KAREN UMBERGER; and
12  SCOTT WILLITS,                         **DECLARATION OF**
    For Themselves, As Private Attorneys   **KAREN UMBERGER**
13  General, and On Behalf Of All Others   **PURSUANT TO THE CALIFORNIA**
    Similarly Situated,                    **CONSUMERS LEGAL REMEDIES ACT**
14                                         **(CAL. CIVIL CODE § 1780(d))**

15
                              Plaintiffs,  **[FILED CONCURRENTLY**
16                                         **WITH COMPLAINT]**
    v.
17
    CELLCO PARTNERSHIP
18  (D/B/A VERIZON WIRELESS),

19
                              Defendant.
20

21

22

23

24

25

26

27

28

CLRA DECLARATION OF                                              **HATTIS & LUKACS**
KAREN UMBERGER                                                   400 108th Ave. NE, Ste 500
                                                                 Bellevue, WA 98004
                                                                 T: 425.233.8650 | F: 425.412.7171
                                                                 www.hattislaw.com

I, KAREN UMBERGER, hereby declare and state as follows:

1. I am over the age of 18 years, and am a plaintiff in the above-referenced civil action.

2. The facts contained herein are based on my personal knowledge except as to facts stated upon information and belief and, as to those, I believe it to be true.

3. This civil action pleads a cause of action for violation of the California Consumers Legal Remedies Act ("CLRA") against Defendant Cellco Partnership D/B/A Verizon Wireless ("Verizon"). This civil action has been commenced in a county described in Section 1780(d) of the California Civil Code as a proper place for the trial of the action.

4. This action is being commenced in the County of Humboldt because that is a county in which Verizon is doing business. Verizon is doing business in the County of Humboldt by, without limitation, advertising and selling its wireless service plans in the County of Humboldt including in its retail store located in Eureka, California.

5. This action is being commenced in the County of Humboldt because I subscribed to and received Verizon wireless services, and was charged the Administrative Charge which is the subject of this Complaint, at my home in Eureka, California, which is in the County of Humboldt.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed in Humboldt County, California.

Date: 10/28/2021

*DocuSigned by:*
KAREN UMBERGER
413B45D79E43497

CLRA DECLARATION OF
KAREN UMBERGER
- 1 -

HATTIS & LUKACS
400 108th Ave. NE, Ste 500
Bellevue, WA 98004
T: 425.233.8650 | F: 425.412.7171
www.hattislaw.com

Daniel M. Hattis (SBN 232141)
Paul Karl Lukacs (SBN 197007)
HATTIS & LUKACS
400 108th Ave NE, Ste 500
Bellevue, WA 98004
Telephone: (425) 233-8650
Facsimile: (425) 412-7171
Email: dan@hattislaw.com
Email: pkl@hattislaw.com

*Attorneys for Plaintiffs
and the Proposed Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA MACCLELLAND; KAREN UMBERGER; and SCOTT WILLITS, For Themselves, As Private Attorneys General, and On Behalf Of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>CELLCO PARTNERSHIP (D/B/A VERIZON WIRELESS),<br><br>Defendant. | Case No. _____<br><br>**DECLARATION OF SCOTT WILLITS PURSUANT TO THE CALIFORNIA CONSUMERS LEGAL REMEDIES ACT (CAL. CIVIL CODE § 1780(d))**<br><br>**[FILED CONCURRENTLY WITH COMPLAINT]** |

CLRA DECLARATION OF SCOTT WILLITS

**HATTIS & LUKACS**
400 108th Ave. NE, Ste 500
Bellevue, WA 98004
T: 425.233.8650 | F: 425.412.7171
www.hattislaw.com

I, SCOTT WILLITS, hereby declare and state as follows:

1. I am over the age of 18 years, and am a plaintiff in the above-referenced civil action.

2. The facts contained herein are based on my personal knowledge except as to facts stated upon information and belief and, as to those, I believe it to be true.

3. This civil action pleads a cause of action for violation of the California Consumers Legal Remedies Act ("CLRA") against Defendant Cellco Partnership D/B/A Verizon Wireless ("Verizon"). This civil action has been commenced in a county described in Section 1780(d) of the California Civil Code as a proper place for the trial of the action.

4. This action is being commenced in the County of Humboldt because that is a county in which Verizon is doing business. Verizon is doing business in the County of Humboldt by, without limitation, advertising and selling its wireless service plans in the County of Humboldt including in its retail store located in Eureka, California.

5. This action is being commenced in the County of Humboldt because I subscribed to and received Verizon wireless services, and was charged the Administrative Charge which is the subject of this Complaint, at my home in Eureka, California, which is in the County of Humboldt.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed in Humboldt County, California.

Date: 10/28/2021

*Scott Willits*
—CB8CAFE76FA94EA—
SCOTT WILLITS

CLRA DECLARATION OF SCOTT WILLITS
- 1 -
HATTIS & LUKACS
400 108th Ave. NE, Ste 500
Bellevue, WA 98004
T: 425.233.8650 | F: 425.412.7171
www.hattislaw.com

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | Daniel M. Hattis (SBN 232141)<br>Paul Karl Lukacs (SBN 197007)<br>HATTIS & LUKACS<br>400 108th Ave NE, Ste 500<br>Bellevue, WA 98004<br>Telephone: (425) 233-8650<br>Facsimile: (425) 412-7171<br>Email: dan@hattislaw.com<br>Email: pkl@hattislaw.com |
| 6<br>7 | *Attorneys for Plaintiffs<br>and the Proposed Class* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 11<br>12<br>13<br>14<br>15<br>16<br>17<br>18<br>19<br>20<br>21<br>22<br>23<br>24<br>25<br>26 | TERESA MACCLELLAND; KAREN UMBERGER; SCOTT WILLITS; MICHAEL BRANOM; MOLLY BROWN; MICHAEL CARNEY; TIM FRASCH; PATRICIA GAGAN; ANNA GUTIERREZ; LINDA JENKINS; AUGUSTUS JOHNSON; WILLIAM KAUPELIS; MARILYN KAYE; JANETTE LISNER; WILLIAM ERIC LOUGH; DAVID MASSARO; LOUISE MONSOUR; DARLEEN PEREZ; GABRIELLE POZZUOLI; VALERIE REED; BRUCE SCHRAMM; KERRY SHOWALTER; JOHN ST.JARRE; GLORIA STERN; EDNA TOY; TERESA TOY; and VANESSA WEST;<br>For Themselves, As Private Attorneys General, and On Behalf Of All Others Similarly Situated,<br><br>Plaintiffs,<br>v.<br>CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS; and<br>VERIZON COMMUNICATIONS INC.,<br><br>Defendants. | Case No. 3:21-cv-08592-EMC<br><br>**DECLARATION OF PLAINTIFFS MICHAEL BRANOM, MOLLY BROWN, MICHAEL CARNEY, TIM FRASCH, PATRICIA GAGAN, ANNA GUTIERREZ, LINDA JENKINS, AUGUSTUS JOHNSON, WILLIAM KAUPELIS, MARILYN KAYE, JANETTE LISNER, WILLIAM ERIC LOUGH, DAVID MASSARO, LOUISE MONSOUR, DARLEEN PEREZ, GABRIELLE POZZUOLI, VALERIE REED, BRUCE SCHRAMM, KERRY SHOWALTER, JOHN ST.JARRE, GLORIA STERN, EDNA TOY, TERESA TOY, and VANESSA WEST, PURSUANT TO THE CALIFORNIA CONSUMERS LEGAL REMEDIES ACT (CAL. CIVIL CODE § 1780(d))**<br><br>**[FILED CONCURRENTLY WITH FIRST AMENDED COMPLAINT]** |

CLRA DECLARATIONS OF JANETTE LISNER

**HATTIS & LUKACS**
400 108th Ave. NE, Ste 500
Bellevue, WA 98004
T: 425.233.8650 | F: 425.412.7171
www.hattislaw.com

1   I, the JANETTE LISNER, hereby declare and state as follows:

2   1.   I am over the age of 18 years, and am a plaintiff in this action. The facts
3   contained in this declaration are based on my personal knowledge.

4   2.   The First Amended Complaint in this action, filed concurrently with this
5   declaration, is filed in the proper place for trial under California Civil Code § 1780(d), because
6   San Francisco County is a county in which Defendants do business.

7   I declare under penalty of perjury under the laws of the State of California that the
8   foregoing is true and correct.

Date: Dec 28, 2021

_____
Janette Lisner (Dec 28, 2021 12:21 PST)
JANETTE LISNER

CLRA DECLARATION OF JANETTE LISNER

- 1 -

**HATTIS & LUKACS**
400 108th Ave. NE, Ste 500
Bellevue, WA 98004
T: 425.233.8650 | F: 425.412.7171
www.hattislaw.com

Daniel M. Hattis (SBN 232141)
Paul Karl Lukacs (SBN 197007)
HATTIS & LUKACS
400 108th Ave NE, Ste 500
Bellevue, WA 98004
Telephone: (425) 233-8650
Facsimile: (425) 412-7171
Email: dan@hattislaw.com
Email: pkl@hattislaw.com

*Attorneys for Plaintiffs
and the Proposed Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA MACCLELLAND; KAREN UMBERGER; SCOTT WILLITS; MICHAEL BRANOM; MOLLY BROWN; MICHAEL CARNEY; TIM FRASCH; PATRICIA GAGAN; ANNA GUTIERREZ; LINDA JENKINS; AUGUSTUS JOHNSON; WILLIAM KAUPELIS; MARILYN KAYE; JANETTE LISNER; WILLIAM ERIC LOUGH; DAVID MASSARO; LOUISE MONSOUR; DARLEEN PEREZ; GABRIELLE POZZUOLI; VALERIE REED; BRUCE SCHRAMM; KERRY SHOWALTER; JOHN ST.JARRE; GLORIA STERN; EDNA TOY; TERESA TOY; and VANESSA WEST; For Themselves, As Private Attorneys General, and On Behalf Of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS; and VERIZON COMMUNICATIONS INC.,<br><br>Defendants. | Case No. 3:21-cv-08592-EMC<br><br>**DECLARATION OF PLAINTIFFS MICHAEL BRANOM, MOLLY BROWN, MICHAEL CARNEY, TIM FRASCH, PATRICIA GAGAN, ANNA GUTIERREZ, LINDA JENKINS, AUGUSTUS JOHNSON, WILLIAM KAUPELIS, MARILYN KAYE, JANETTE LISNER, WILLIAM ERIC LOUGH, DAVID MASSARO, LOUISE MONSOUR, DARLEEN PEREZ, GABRIELLE POZZUOLI, VALERIE REED, BRUCE SCHRAMM, KERRY SHOWALTER, JOHN ST.JARRE, GLORIA STERN, EDNA TOY, TERESA TOY, and VANESSA WEST, PURSUANT TO THE CALIFORNIA CONSUMERS LEGAL REMEDIES ACT (CAL. CIVIL CODE § 1780(d))**<br><br>**[FILED CONCURRENTLY WITH FIRST AMENDED COMPLAINT]** |

CLRA DECLARATIONS OF

**HATTIS & LUKACS**

I, the undersigned, hereby declare and state as follows:

1. I am over the age of 18 years, and am a plaintiff in this action. The facts contained in this declaration are based on my personal knowledge.

2. The First Amended Complaint in this action, filed concurrently with this declaration, is filed in the proper place for trial under California Civil Code § 1780(d), because San Francisco County is a county in which Defendants do business.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 12/24/2021           _____
                           MICHAEL BRANOM

Date: 12/23/2021           _____
                           MOLLY BROWN

Date: 12/23/2021           _____
                           MICHAEL CARNEY

Date: 12/25/2021           _____
                           TIM FRASCH

Date: 12/26/2021           _____
                           PATRICIA GAGAN

Date: 12/23/2021           _____
                           ANNA GUTIERREZ

Date: 12/25/2021           _____
                           LINDA JENKINS

Date: 12/23/2021           _____
                           AUGUSTUS JOHNSON

CLRA DECLARATIONS OF                                           HATTIS & LUKACS

- 1 -

| | | |
|---|---|---|
| 1 | Date: 12/23/2021 | *[signature]* |
| 2 | | WILLIAM KAUPELIS |
| 3 | Date: 12/23/2021 | *[signature]* Marilyn Kaye |
| 4 | | MARILYN KAYE |
| 5 | | |
| 6 | Date: _____ | _____ JANETTE LISNER |
| 7 | | |
| 8 | Date: 12/28/2021 | *[signature]* William Eric Lough |
| | | WILLIAM ERIC LOUGH |
| 9 | | |
| 10 | Date: 12/23/2021 | *[signature]* David Massaro |
| 11 | | DAVID MASSARO |
| 12 | Date: 12/24/2021 | *[signature]* Louise Monsour |
| 13 | | LOUISE MONSOUR |
| 14 | | |
| 15 | Date: 12/23/2021 | *[signature]* Darleen Perez |
| | | DARLEEN PEREZ |
| 16 | | |
| 17 | Date: 12/23/2021 | *[signature]* Gabrielle Pozzuoli |
| 18 | | GABRIELLE POZZUOLI |
| 19 | Date: 12/23/2021 | *[signature]* |
| 20 | | VALERIE REED |
| 21 | Date: 12/25/2021 | *[signature]* Bruce Schramm |
| 22 | | BRUCE SCHRAMM |
| 23 | | |
| 24 | Date: 12/23/2021 | *[signature]* Kerry Showalter |
| | | KERRY SHOWALTER |
| 25 | | |
| 26 | Date: 12/23/2021 | *[signature]* John St.Jarre |
| 27 | | JOHN ST.JARRE |
| 28 | | |

CLRA DECLARATIONS OF                                    HATTIS & LUKACS

- 2 -

| | | |
|---|---|---|
| 1 | Date: 12/27/2021 | *Gloria Stern* |
| 2 | | GLORIA STERN |
| 3 | Date: 12/23/2021 | *Edna Toy* |
| 4 | | EDNA TOY |
| 5 | Date: 12/27/2021 | *Teresa Toy* |
| 6 | | TERESA TOY |
| 7 | Date: 12/23/2021 | *Vanessa West* |
| 8 | | VANESSA WEST |

CLRA DECLARATIONS OF

HATTIS & LUKACS

- 3 -