QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Crystal Nix-Hines (Bar No. 326971)
  (crystalnixhines@quinnemanuel.com)
  Shon Morgan (Bar No. 187736)
  (shonmorgan@quinnemanuel.com)
  Marina Lev (Bar No. 321647)
  (marinalev@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017
Telephone:     (213) 443-3000
Facsimile:     (213) 443-3100

  Cristina Henriquez (Bar No. 317445)
  (cristinahenriquez@quinnemanuel.com)
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone:     (650) 801-5000
Facsimile:     (650) 801-5000

*Attorneys for Defendants* CELLCO PARTNERSHIP D/B/A
VERIZON WIRELESS and VERIZON COMMUNICATIONS, INC

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA MACCLELLAND; KAREN UMBERGER; SCOTT WILLITS; MICHAEL BRANOM; MOLLY BROWN; MICHAEL CARNEY; TIM FRASCH; PATRICIA GAGAN; ANNA GUTIERREZ; LINDA JENKINS; AUGUSTUS JOHNSON; WILLIAM KAUPELIS; MARILYN KAYE; JANETTE LISNER; WILLIAM ERIC LOUGH; DAVID MASSARO; LOUISE MONSOUR; DARLEEN PEREZ; GABRIELLE POZZUOLI; VALERIE REED; BRUCE SCHRAMM; KERRY SHOWALTER; JOHN ST. JARRE; GLORIA STERN; EDNA TOY; TERESA TOY; and VANESSA WEST; For Themselves, As Private Attorneys General, and On Behalf Of All Others Similarly Situated,<br><br>         Plaintiffs,<br>   v.<br><br>CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS; and VERIZON COMMUNICATIONS INC.,<br><br>         Defendants. | CASE NO. 3:21-cv-08592-EMC<br><br>**JOINT STIPULATED REQUEST AND [PROPOSED] ORDER FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE AND ASSOCIATED DEADLINES**<br><br>The Hon. Edward M. Chen |

1	Pursuant to this Court's Order (ECF No. 9) and Local Rules 6-2 and 7-12, the Parties stipulate and declare as follows:

WHEREAS, Plaintiffs filed their First Amended Complaint ("FAC") on December 31, 2021 (ECF No. 10);

WHEREAS, Plaintiffs served their FAC on January 19, 2022 (ECF No. 15);

WHEREAS, the Parties have sought one prior extension: by joint stipulation the Parties agreed to a briefing schedule for any motion Verizon filed in response to the FAC (ECF No. 16);

WHEREAS, Verizon filed a Motion to Compel Arbitration and Stay Proceedings ("Motion") on March 4, 2022 (ECF No. 20);

WHEREAS, a hearing on Verizon's Motion is scheduled for May 12, 2022 at 1:30 p.m. (*Id.*);

WHEREAS, a Case Management Conference is currently scheduled for March 22, 2022, at 1:30 p.m., and a Case Management Statement is due no later than March 15, 2022 (ECF No. 9);

WHEREAS, this Court's order provides that any request to reschedule the Case Management Conference must show good cause and be made by written stipulation within 10 days of the conference (*Id.* at ¶ 2);

WHEREAS, in the interest of efficiency and in compliance with the 10-day period specified by the Court's order (ECF No. 9), the Parties agree that Verizon's pending Motion constitutes good cause to continue the Case Management Conference to the same day of the hearing on Verizon's pending Motion;

WHEREAS, this request is made in good faith and not for the purposes of delay or any improper purpose;

NOW, THEREFORE, THE PARTIES STIPULATE AND REQUEST that: the Case Management Conference be continued to May 12, 2022 at 1:30 p.m., the Case Management Statement be due by May 5, 2022, and that all deadlines associated with the March 22, 2022 Case Management Conference be vacated.

| | | |
|---|---|---|
| 1 | DATED: March 10, 2022 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |

By      */s/ Shon Morgan*
Shon Morgan
Attorneys for Defendants VERIZON WIRELESS
and VERIZON COMMUNICATIONS, INC.

DATED: March 10, 2022        HATTIS & LUKACS

By      */s/ Paul Karl Lukacs*
Paul Karl Lukacs
Attorneys for Plaintiffs

## SIGNATURE ATTESTATION

Pursuant to Local Rule 5-1, I hereby attest that concurrence in the filing of this document has been obtained from each of the other Signatories.

Dated: March 10, 2022

*/s/ Shon Morgan*
Shon Morgan

# [PROPOSED] ORDER

Before the Court is the parties' stipulated request to continue the Case Management Conference and associated deadlines. The Court has considered the stipulation, found good cause, and hereby ORDERS as follows:  The Case Management Conference is hereby continued to May 12, 2022 at 1:30 p.m., and the Case Management Statement must be filed by no later than May 5, 2022. All deadlines associated with the March 22, 2022 Case Management Conference, are hereby vacated.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____

Hon. Edward M. Chen
United States District Judge