Daniel M. Hattis (SBN 232141)
Paul Karl Lukacs (SBN 197007)
Che Corrington (*pro hac vice* app. submitted)
HATTIS & LUKACS
400 108th Ave NE, Ste 500
Bellevue, WA 98004
Telephone: (425) 233-8650
Facsimile: (425) 412-7171
Email: dan@hattislaw.com
Email: pkl@hattislaw.com
Email: che@hattislaw.com

Stephen DeNittis, Esq. (admitted *pro hac vice*)
DENITTIS OSEFCHEN PRINCE, P.C.
5 Greentree Centre, Suite 410
525 Route 73 N.
Marlton, New Jersey 08057
Telephone: (856) 797-9951
Facsimile: (856) 797-9978
Email: sdenittis@denittislaw.com

*Attorneys for Plaintiffs
and the Proposed Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA MACCLELLAND, *Et Al.*, For Themselves, As Private Attorneys General, and On Behalf Of All Others Similarly Situated,<br><br>　　　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS; and VERIZON COMMUNICATIONS INC.,<br><br>　　　　　　　　　　　　Defendants. | Case No. 3:21-cv-08592-EMC<br><br>**PLAINTIFFS' NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING [L.R. 3-13]**<br><br>[Hon. Edward M. Chen] |

**NOTICE**

Pursuant to Civil Local Rule 3-13, Plaintiffs hereby provide notice that this case involves all or a material part of the same subject matter and the same defendants as another action pending before the Superior Court of Middlesex County, New Jersey, captioned *Achey, et al. v. Cellco Partnership d/b/a Verizon Wireless, et al.*, Case No. MID-L-000160-22.

On January 11, 2022, Plaintiffs Jeffrey Achey, Marilyn Achey, Justin Anderson, Perry Bicher, Gregory Burlak, Carla Chiorazzo, Judith Chiorazzo, Adam DeMarco, Dean Esposito, James Fisher, Allison Gillingham, Lorraine Gillingham, Donna Hartman, Patricia Justice, David Kelly, Pamela Lebak, Christina Manfredo, Alfred Mascoveto, Alexander Navarra, Judith Oelenschlager, James Prate, Andrew Roseman, Michael Scheufele, Russell Sewekow, Deborah Stroyek, Lynda Teer, and Brenda Tripicchio filed a class action against Defendants Cellco Partnership (d/b/a Verizon Wireless) and Verizon Communications Inc. (collectively, Verizon) on behalf of a putative class of current and former New Jersey Verizon postpaid wireless service subscribers.[1] The New Jersey action is currently pending in the Superior Court of Middlesex County, New Jersey.[2]

The New Jersey action was filed by the same counsel representing Plaintiffs in this action—the law firm of Hattis & Lukacs and the law firm of DeNittis Osefchen Prince, P.C.

The factual allegations are the same in both the New Jersey action and this action—both actions challenge Verizon's deceptive pricing scheme of advertising flat monthly rates for its postpaid wireless service plans but actually charging customers a higher monthly rate through the imposition of an invented and undisclosed service charge (the so-called "Administrative Charge").

---

[1] On February 22, 2022, the plaintiffs in the New Jersey action filed a First Amended Complaint, in part, to remove four plaintiffs from the action—Perry Bicher, Pamela Lebak, Alfred Mascoveto, and Andrew Roseman—and to add five new plaintiffs—Deidre Asbjorn, John Conway, Doree Gordon, Daniel Patino, and Christine Trappe.

[2] On February 10, 2022, Verizon had filed a Notice of Removal on the stated basis that Verizon's principal place of business was in New York State. Verizon withdrew its Notice of Removal upon being reminded by Plaintiffs' counsel that Verizon's principal place of business is in New Jersey.

In response to LR 3-13(b)(3)(C), Plaintiffs do *not* believe that the two proceedings should be judicially coordinated in any way. Any necessary coordination can occur between the parties' respective counsel.

Dated: April 5, 2022						Respectfully submitted,

							HATTIS & LUKACS

							By: */s/ Paul Karl Lukacs*
							Daniel M. Hattis (SBN 232141)
							Paul Karl Lukacs (SBN 197007)
							Che Corrington (*pro hac vice* app. submitted)
							HATTIS & LUKACS
							400 108th Ave NE, Ste 500
							Bellevue, WA 98004
							Telephone: (425) 233-8650
							Facsimile: (425) 412-7171
							Email: dan@hattislaw.com
							Email: pkl@hattislaw.com
							Email: che@hattislaw.com

							Stephen DeNittis, Esq. (admitted *pro hac vice*)
							DENITTIS OSEFCHEN PRINCE, P.C.
							5 Greentree Centre, Suite 410
							525 Route 73 N.
							Marlton, New Jersey 08057
							Telephone: (856) 797-9951
							Facsimile: (856) 797-9978
							Email: sdenittis@denittislaw.com

							*Attorneys for Plaintiffs
							and the Proposed Class*