# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## CIVIL MINUTES

**Date:** May 19, 2022     **Time:** 2:04-2:41     **Judge:** EDWARD M. CHEN
37 minutes

**Case No.:** 21-cv-08592-EMC     **Case Name:** MacClelland v. Cellco Partnership d/b/a Verizon Wireless

**Attorneys for Plaintiffs:** Daniel Hattis, Che Corrington and Stephen DeNittis
**Attorneys for Defendants:** Crystal Nix-Hines and Marina Lev

**Deputy Clerk:** Vicky Ayala     **Court Reporter:** Joan Columbini

### PROCEEDINGS

Motion to Compel – held.  Initial Case Management Conference not addressed.

### SUMMARY

Parties stated appearances.  Matter taken under submission.  Court will stay the case until motion is decided.  Initial Disclosures may go forward.

CASE CONTINUED TO: **July 26, 2022, at 2:30 P.M., for Status Conference.** Joint status conference statement **due by 7/19/2022.**