Daniel M. Hattis (SBN 232141)
Paul Karl Lukacs (SBN 197007)
Che Corrington (admitted *pro hac vice*)
HATTIS & LUKACS
400 108th Ave NE, Ste 500
Bellevue, WA 98004
Telephone: (425) 233-8650
Facsimile: (425) 412-7171
Email: dan@hattislaw.com
Email: pkl@hattislaw.com
Email: che@hattislaw.com

Stephen DeNittis, Esq. (admitted *pro hac vice*)
DENITTIS OSEFCHEN PRINCE, P.C.
5 Greentree Centre, Suite 410
525 Route 73 N.
Marlton, New Jersey 08057
Telephone: (856) 797-9951
Facsimile: (856) 797-9978
Email: sdenittis@denittislaw.com

*Attorneys for Plaintiffs and the Proposed Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA MACCLELLAND, *Et Al.*, For Themselves, As Private Attorneys General, and On Behalf Of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS; and VERIZON COMMUNICATIONS INC.,<br><br>Defendants. | Case No. 3:21-cv-08592-EMC<br><br>**PLAINTIFFS' OPPOSITION TO VERIZON'S REQUEST FOR LEAVE TO FILE SUPPLEMENTAL BRIEF**<br><br>[Hon. Edward M. Chen] |

**OPPOSITION**

Plaintiffs Teresa MacClelland, *Et Al.* (the "Plaintiffs"), request that the Court deny the Request For Leave To File Supplemental Brief (Dkt. No. 47) filed by Defendant Cellco Partnership d/b/a Verizon Wireless and Defendant Verizon Communications Inc. (collectively, "Verizon").

The decision in *Viking River Cruises, Inc. v. Moriana*, No. 20-1573, 2022 WL 2135491 (U.S. June 15, 2022), speaks for itself. This Court can plainly see that the holding and principles in *Viking River* do not invalidate the *McGill* Rule or Plaintiffs' requested application of the *McGill* Rule in this case. In any event, the provision of Verizon's Wireless Customer Service Agreement that violates the *McGill* Rule is only one of many unconscionable provisions that permeate the customer agreement.

Dated: June 22, 2022                Respectfully submitted,

                                    HATTIS & LUKACS

                                    By: */s/ Daniel M. Hattis*

                                    Daniel M. Hattis (SBN 232141)
                                    Paul Karl Lukacs (SBN 197007)
                                    Che Corrington (admitted *pro hac vice*)
                                    HATTIS & LUKACS
                                    400 108th Ave NE, Ste 500
                                    Bellevue, WA 98004
                                    Telephone: (425) 233-8650
                                    Facsimile: (425) 412-7171
                                    Email: dan@hattislaw.com
                                    Email: pkl@hattislaw.com
                                    Email: che@hattislaw.com

                                    Stephen DeNittis, Esq. (admitted *pro hac vice*)
                                    DENITTIS OSEFCHEN PRINCE, P.C.
                                    5 Greentree Centre, Suite 410
                                    525 Route 73 N.
                                    Marlton, New Jersey 08057
                                    Telephone: (856) 797-9951
                                    Facsimile: (856) 797-9978
                                    Email: sdenittis@denittislaw.com

                                    *Attorneys for Plaintiffs and the Proposed Class*