| | |
|---|---|
| **HATTIS & LUKACS**<br>  Daniel M. Hattis (Bar No. 232141)<br>  Paul Karl Lukacs (Bar No. 197007)<br>  dan@hattislaw.com<br>  pkl@hattislaw.com<br>11711 SE 8th St, Ste 120<br>Bellevue, WA 98005<br>Telephone: (425) 233-8650<br><br>**DENITTIS OSEFCHEN PRINCE, P.C.**<br>  Stephen P. DeNittis (*pro hac vice*)<br>  sdenittis@denittislaw.com<br>5 Greentree Centre, Suite 410<br>525 Route 73 N.<br>Marlton, New Jersey 08057<br>Telephone: (856) 797-9951<br><br>*Attorneys for Plaintiffs and the Proposed Class* | **QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br>  Crystal Nix-Hines (Bar No. 326971)<br>  Shon Morgan (Bar No. 187736)<br>  Marina Lev (Bar No. 321647)<br>  crystalnixhines@quinnemanuel.com<br>  shonmorgan@quinnemanuel.com<br>  marinalev@quinnemanuel.com<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, CA 90017<br>Telephone:   (213) 443-3000<br>Facsimile:    (213) 443-3100<br><br><br>*Attorneys for Defendants*<br>VERIZON WIRELESS and VERIZON COMMUNICATIONS, INC. |

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA MACCLELLAND; KAREN UMBERGER; SCOTT WILLITS; MICHAEL BRANOM; MOLLY BROWN; MICHAEL CARNEY; TIM FRASCH; PATRICIA GAGAN; ANNA GUTIERREZ; LINDA JENKINS; AUGUSTUS JOHNSON; WILLIAM KAUPELIS; MARILYN KAYE; JANETTE LISNER; WILLIAM ERIC LOUGH; DAVID MASSARO; LOUISE MONSOUR; DARLEEN PEREZ; GABRIELLE POZZUOLI; VALERIE REED; BRUCE SCHRAMM; KERRY SHOWALTER; JOHN ST. JARRE; GLORIA STERN; EDNA TOY; TERESA TOY; and VANESSA WEST; For Themselves, As Private Attorneys General, and On Behalf Of All Others Similarly Situated,<br><br>                   Plaintiffs,<br>        v.<br><br>CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS; and VERIZON COMMUNICATIONS INC.,<br><br>                   Defendant. | CASE NO. 3:21-cv-08592-EMC<br><br>**JOINT STIPULATION TO AMEND COMPLAINT AND EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>The Hon. Edward M. Chen<br><br>Trial Date:            None Set |

Case No. 3:21-cv-08592-EMC
JOINT STIPULATION TO AMEND COMPLAINT AND EXTEND TIME TO RESPOND TO COMPLAINT

Pursuant to Local Rule 6-1 and 7-12, plaintiffs, and defendants Verizon Wireless and Verizon Communications, Inc. (collectively, "Verizon"), through their respective attorneys, stipulate and declare as follows:

WHEREAS, plaintiffs filed their Amended Complaint on December 31, 2021 (ECF No. 10);

WHEREAS, the Court's July 1, 2022 order denied Verizon's motion to compel arbitration and stay proceedings;

WHEREAS, the deadline for defendants to respond to the Amended Complaint is July 15, 2022;

WHEREAS, plaintiffs intend to further amend their complaint to include a request for punitive damages, which was not included in the First Amended Complaint;

WHEREAS, defendant will need to review plaintiffs' further amended complaint, and to investigate plaintiffs' factual allegations with respect to dozens of named plaintiffs, and so require additional time to prepare their response;

WHEREAS, the parties previously sought two extensions: by joint stipulation the Parties agreed to a briefing schedule for any motion Verizon filed in response to the FAC (ECF No. 16); by further stipulation, the Parties agreed to schedule the Case Management Conference on May 12, 2022, to coincide with the hearing on Verizon's motion to compel arbitration, which hearing the Court then *sua sponte* continued to May 19, 2022 (ECF No. 33);

WHEREAS, the proposed extension "will not alter the date of any event or any deadline already fixed by Court order" under Local Rule 6-1(a).

NOW THEREFORE, plaintiffs and defendant hereby agree and stipulate as follows:

1. The deadline for plaintiffs to further amend their complaint will be July 20, 2022.
2. The deadline for defendant to respond to the Second Amended Complaint will be September 19, 2022.
3. The deadline for plaintiffs to oppose any motion by defendant in response to the Amended Complaint will be November 18, 2022.
4. The deadline for defendants to reply to any opposition by plaintiffs will be December 19, 2022.

DATED: July 14, 2022                 QUINN EMANUEL URQUHART &
                                                          SULLIVAN, LLP


                                                   By   */s/ Crystal Nix-Hines*
                                                          Crystal Nix-Hines
                                                          *Attorneys for Defendant*

DATED: July 14, 2022                 HATTIS & LUKACS


                                                   By   */s/ Daniel Hattis*
                                                          Daniel Hattis
                                                          *Attorneys for Plaintiffs*


### ECF ATTESTATION

I, Crystal Nix-Hines, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the e-filing of the foregoing document in compliance with Local Rule 5-1(h)(3).

                                                    */s/ Crystal Nix-Hines*
                                                    Crystal Nix-Hines