# EXHIBIT 1

**FAEGRE DRINKER BIDDLE & REATH LLP**
Michael C. Zogby (ID No. 030312002)
600 Campus Drive
Florham Park, NJ 07932-1047
Tel. (973) 549-7000
michael.zogby@faegredrinker.com

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Crystal Nix-Hines (*pro hac vice forthcoming*)
Shon Morgan (*pro hac vice forthcoming*)
Marina Lev (*pro hac vice forthcoming*)
865 South Figueroa Street, 10th Floor
Tel. (213) 443-3000
crystalnixhines@quinnemanuel.com
shonmorgan@quinnemanuel.com
marinalev@quinnemanuel.com

*Attorneys for Defendants*
*VERIZON WIRELESS and VERIZON COMMUNICATIONS, INC.*

**Filed and so Ordered**

**Jul 15, 2022**

**This Motion was Opposed**

| | |
|---|---|
| JEFFREY ACHEY, MARILYN ACHEY, JUSTIN ANDERSON, DEIDRE ASBJORN, GREGORY BURLAK, CARLA CHIORAZZO, JUDITH CHIORAZZO, JOHN CONWAY, ADAM DEMARCO, DEAN ESPOSITO, JAMES FISHER, ALLISON GILLINGHAM, LORRAINE GILLINGHAM, DOREE GORDON, DONNA HARTMAN, PATRICIA JUSTICE, DAVID KELLY, CHRISTINA MANFREDO, ALEXANDER NAVARRA, JUDITH OELENSCHLAGER, DANIEL PATINO, JAMES PRATE, MICHAEL SCHEUFELE, RUSSELL SEWEKOW, DEBORAH STROYEK, LINDA TEER, CHRISTINE TRAPPE, and BRENDA TRIPICCHIO, on behalf of themselves and all others similarly situated, | SUPERIOR COURT OF NEW JERSEY MIDDLESEX COUNTY – LAW DIVISION<br><br>DOCKET NO. MID-L-0160-22<br><br>CIVIL ACTION<br><br>**[PROPOSED] ORDER TO STAY AND TO COMPEL ARBITRATION** |

|  |  |
|---|---|
|  | Plaintiffs, |
| vs. |  |
| CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS; and VERIZON COMMUNICATIONS INC., |  |
|  | Defendants. |

**THIS MATTER** having come before the Court by application of Faegre Drinker Biddle & Reath LLP and Quinn Emanuel Urquhart & Sullivan LLP, attorneys for defendants Verizon Wireless and Verizon Communications, Inc. (collectively, "Verizon"), by way of their Motion to Compel Arbitration and Stay Proceedings, and the Court having considered the submissions of the parties and oral argument, if any, and for good cause shown;

**IT IS ON THIS** 15th day of July, 2022,

**ORDERED** that Defendants' motion is hereby **GRANTED;** and it is further

**ORDERED** that this case is stayed as against Verizon, and Plaintiff shall submit its claims against Verizon to arbitration in accordance with the arbitration agreement appearing in the Verizon Customer Agreement; and it is further order that

**ORDERED** that a copy of this Order be served upon all counsel of record within seven (7) days of the receipt of same by counsel for Defendants.

_____
Hon. J. Randall Corman, JSC

[ ] Opposed
[ ] Unopposed

The provision in the arbitration agreement limiting damages is severed and stricken as contrary to public policy to the extent that it conflicts with damages that are available under the Consumer Fraud Act, including, but not limited to, treble damages.

2