# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## CIVIL MINUTES

**Date:** July 26, 2022     **Time:** 3:35-3:42     **Judge:** EDWARD M. CHEN
7 Minutes

**Case No.**: 21-cv-08592-EMC     **Case Name:** MacClelland v. Cellco Partnership d/b/a Verizon Wireless

**Attorneys for Plaintiffs:** Daniel Hattis, Paul Lukas and Stephen DeNittis
**Attorneys for Defendants:** Crystal Nix-Hines and Marina Lev

**Deputy Clerk:** Vicky Ayala     **Court Reporter:** Ana Dub

### PROCEEDINGS

Status Conference – held.

### SUMMARY

Parties stated appearances.

Court acknowledges that Plaintiff's proposed categories of discovery for individual case seem quite broad. Court directs the parties to meet and confer regarding discovery during the stay, the Court intends to impose during the pendency of Defendant's appeal. In defining the limited discovery, the Court intends to permit, parties to consider not mere relevance, but probative value versus burden on the defendant.

The Court will review Defendant's formal motion to stay the case and discovery. Opposition due August 26, 2022. Court will then take the motion under consideration; hearing date will be scheduled only if needed.

CASE CONTINUED TO: **November 8, 2022, at 2:30 P.M., for Status Conference.** Joint status conference report **due by 11/1/2022.**