Daniel M. Hattis (SBN 232141)
Che Corrington (admitted *pro hac vice*)
HATTIS & LUKACS
11711 SE 8th Street, Suite 120
Bellevue, Washington 98005
Telephone: (425) 233-8650
Facsimile: (425) 412-7171
Email: dan@hattislaw.com
Email: che@hattislaw.com

Stephen DeNittis, Esq. (admitted *pro hac vice*)
DENITTIS OSEFCHEN PRINCE, P.C.
5 Greentree Centre, Suite 410
525 Route 73 N.
Marlton, New Jersey 08057
Telephone: (856) 797-9951
Facsimile: (856) 797-9978
Email: sdenittis@denittislaw.com

[Other counsel listed in signature block]

*Attorneys for Plaintiffs
and the Proposed Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA MACCLELLAND, *Et Al.*, For Themselves, As Private Attorneys General, and On Behalf Of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS; and VERIZON COMMUNICATIONS INC.,<br><br>Defendants. | Case No. 3:21-cv-08592-EMC<br><br>**PLAINTIFFS' SECOND NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING**<br><br>[CIV. L. R. 3-13]<br><br>[Hon. Edward M. Chen] |

# NOTICE

Pursuant to Civil Local Rule 3-13, Plaintiffs hereby provide notice that this case at bar involves the same defendants and may involve a material part of the same subject matter as another action pending before the U.S. District Court for the District of New Jersey, captioned *Cintia Corsi, Karyn Challender, Angela Green, Karen Hudson and Jerry Hunt, on behalf of themselves and all others similarly situated v. Cellco Partnership d/b/a Verizon Wireless and Verizon Communications Inc.*, Case No. 2:22-cv-04621-ZNQ-TJB ("*Corsi*"). The *Corsi* case was filed on July 18, 2022, in the Newark Vicinage of the New Jersey federal district court.

The five *Corsi* plaintiffs filed a class action against Defendants Cellco Partnership d/b/a Verizon Wireless and Verizon Communications Inc. (collectively, "Verizon") on behalf of a putative class of current and former Verizon postpaid wireless service subscribers in every state except the states of California and New Jersey (where extant class actions—including the *MacClelland* case at bar—are pending).[1] The *Corsi* complaint also alleges sub-classes limited to the states of Hawaii, New Mexico, New York, Oregon and Washington State.

The *Corsi* complaint was filed by the same counsel representing Plaintiffs in this action at bar—the law firm of Hattis & Lukacs and the law firm of DeNittis Osefchen Prince, P.C.

Both actions challenge Verizon's deceptive pricing scheme of advertising flat monthly rates for its postpaid wireless service plans but actually charging customers a higher monthly rate through the imposition of an invented and undisclosed service charge (the so-called "Administrative Charge").

However, the two actions involve separate and different: plaintiffs, proposed classes, state law substantive claims, and state law remedies.

In response to Civil L.R. 3-13(b)(3)(B), Plaintiffs do not believe that the two proceedings should be judicially coordinated nor that Multi District Litigation Procedures

---

[1] The proposed class in *Corsi* is defined as: "All citizens of any U.S. state other than New Jersey or California who subscribed to a post-paid wireless service plan from Verizon and were charged and paid what Verizon labeled an 'Administrative Charge' or 'Administrative and Telco Recovery Charge' within the applicable statutes of limitations." *Corsi* Complaint, ¶ 92.

should be utilized. Any necessary coordination can occur between the parties' respective counsel.

Dated: August 2, 2022	Respectfully submitted,

HATTIS & LUKACS

By: /s/ Paul Karl Lukacs

Paul Karl Lukacs (SBN 197007)
HATTIS & LUKACS
936 Woodlawn Drive
Thousand Oaks, CA 91360
Tel: (805) 233-8062
FAX: (425) 412-7171
pkl@hattislaw.com

Daniel M. Hattis (SBN 232141)
Che Corrington (admitted *pro hac vice*)
HATTIS & LUKACS
11711 SE 8th Street, Suite 120
Bellevue, Washington 98005
Telephone: (425) 233-8650
Facsimile: (425) 412-7171
Email: dan@hattislaw.com
Email: che@hattislaw.com

Stephen DeNittis, Esq. (admitted *pro hac vice*)
DENITTIS OSEFCHEN PRINCE, P.C.
5 Greentree Centre, Suite 410
525 Route 73 N.
Marlton, New Jersey 08057
Telephone: (856) 797-9951
Facsimile: (856) 797-9978
Email: sdenittis@denittislaw.com

*Attorneys for Plaintiffs
and the Proposed Class*