# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## CIVIL MINUTES

**Date:** September 29, 2022     **Time:** 1:40-1:50     **Judge:** EDWARD M. CHEN
10 Minutes

**Case No.**: 21-cv-08592-EMC     **Case Name:** MacClelland v. Cellco Partnership d/b/a Verizon Wireless

**Attorneys for Plaintiffs:** Daniel Hattis, Paul Lukas and Stephen DeNittis
**Attorneys for Defendants:** Shon Morgan

**Deputy Clerk:** Vicky Ayala     **Court Reporter:** Candy Potter

## PROCEEDINGS

Motion to Stay – held.

## SUMMARY

Parties stated appearances.  The Court heard oral argument on Verizon's motion to stay.  The Court ruled that—consistent with its general practice with motions to stay pending resolution of an appeal—the Court will impose a partial stay which allows for limited discovery but stays all pleading deadlines.  The parties then presented argument regarding the proper scope of discovery during the partial stay.  The Court will allow document requests for communications and disclosures related to the twenty-seven named Plaintiffs and high-level corporate documents that are reasonably accessible and would not be unduly burdensome for Verizon to produce.  In light of the narrow scope of discovery, however, the Court will not allow class-wide discovery or any interrogatories or requests for admission.  The parties were directed to meet and confer regarding Plaintiffs' discovery requests.  Should a discovery dispute arise, the parties may submit a joint letter brief in accordance with the Court's Standing Order for Civil Discovery.