Daniel M. Hattis (SBN 232141)
Che Corrington (admitted *pro hac vice*)
HATTIS & LUKACS
11711 SE 8th Street, Suite 120
Bellevue, WA 98005
Telephone: (425) 233-8650
Facsimile: (425) 412-7171
Email: dan@hattislaw.com
Email: che@hattislaw.com

*Attorneys for Plaintiffs and the Proposed Class*

Shon Morgan (SBN 187736)
Crystal Nix-Hines (SBN 326971)
Marina Lev (SBN 321647)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
Email: shonmorgan@quinnemanuel.com
Email: crystalnixhines@quinnemanuel.com
Email: marinalev@quinnemanuel.com

*Counsel for Defendants Cellco Partnership d/b/a Verizon Wireless and Verizon Communications Inc.*

[Additional Counsel Listed After Signature Line]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA MACCLELLAND, *Et Al.*, For Themselves, As Private Attorneys General, and On Behalf Of All Others Similarly Situated,<br><br>                                    Plaintiffs,<br>v.<br><br>CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS; and<br>VERIZON COMMUNICATIONS INC.,<br><br>                                    Defendants. | Case No. 3:21-cv-08592-EMC<br><br>**JOINT FURTHER CASE MANAGEMENT CONFERENCE STATEMENT**<br><br>[Hon. Edward M. Chen]<br><br><u>Further Case Management Conference</u><br>Date:   Nov. 8, 2022<br>Time:   2:30 p.m.<br>Courtroom:  5 |

**JOINT FURTHER CASE MANAGEMENT CONFERENCE STATEMENT**

Pursuant to this Court's Civil Minutes, dated July 26, 2022 (Dkt. No. 63), Plaintiffs Teresa MacClelland, *Et Al.* (collectively, "Plaintiffs"), and Defendants Cellco Partnership d/b/a Verizon Wireless and Verizon Communications Inc. (collectively, "Verizon") hereby submit this Joint Further Case Management Conference Statement:

The parties jointly and respectfully request that the Court take off calendar the status conference currently scheduled for Tuesday, November 8, 2022, and re-schedule the status conference to occur at least 90 days later, for example, on or around Tuesday, February 14, 2023. The parties have been moving forward with this case and its attendant appeal and do not believe that a status conference is needed next week or would be a fruitful use of the Court's time.

The Court most recently convened the parties in this action last month on September 29, 2022, when the Court heard Verizon's Motion To Stay Proceedings Pending Appeal. Dkt. No. 60. As memorialized in its Civil Minutes following the hearing, the Court ruled that it would impose a partial stay pending the Ninth Circuit's review of the Court's order denying Verizon's motion to compel arbitration. Dkt. No. 75. The Court ruled that, during the pendency of the appeal, Plaintiffs would be allowed to request from Verizon "communications and disclosures related to the twenty-seven named Plaintiffs" as well as "high-level corporate documents that are reasonably accessible and would not be unduly burdensome for Verizon to produce." *Ibid.* The Court ordered the parties to meet and confer regarding Plaintiffs' document requests and, in the event of a dispute, to submit a joint letter brief. *Ibid.*

Plaintiffs are currently in the process of drafting document requests that comply with the Court's parameters; after the document requests are served on Verizon, Plaintiffs and Verizon will meet and confer as ordered. Meanwhile, Verizon's opening appellate brief to the Ninth Circuit is due on November 21, 2022. Plaintiffs' opposing brief is currently due on December 21, 2022, but Plaintiffs will almost certainly request the automatic 30-day extension offered by the Ninth Circuit.

| | |
|---|---|
| 1  Dated: October 31, 2022 | Respectfully submitted, |
| 2 | HATTIS & LUKACS |
| 3 | By: /s/ Daniel M. Hattis |
| 4 | Daniel M. Hattis (SBN 232141)<br>Che Corrington (admitted *pro hac vice*)<br>HATTIS & LUKACS |
| 5 | 11711 SE 8th Street, Suite 120<br>Bellevue, WA 98005 |
| 6 | Telephone: (425) 233-8650<br>Facsimile: (425) 412-7171 |
| 7 | Email: dan@hattislaw.com<br>Email: che@hattislaw.com |
| 8 | |
| 9 | Paul Karl Lukacs (SBN 197007)<br>HATTIS & LUKACS |
| 10 | 936 Woodlawn Drive<br>Thousand Oaks, CA 91360 |
| 11 | Tel: (805) 233-8062<br>Facsimile: (425) 412-7171 |
| 12 | Email: pkl@hattislaw.com |
| 13 | Stephen P. DeNittis, Esq. (admitted *pro hac vice*)<br>DENITTIS OSEFCHEN PRINCE, P.C. |
| 14 | 5 Greentree Centre, Suite 410<br>525 Route 73 N. |
| 15 | Marlton, New Jersey 08057<br>Telephone: (856) 797-9951 |
| 16 | Email: sdenittis@denittislaw.com |
| 17 | *Attorneys for Plaintiffs and the Proposed Class* |
| 18 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 19 | |
| 20 | By: /s/ Crystal Nix Hines |
| 21 | Shon Morgan (SBN 187736)<br>Crystal Nix-Hines (SBN 326971)<br>Marina Lev (SBN 321647) |
| 22 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 23 | 865 S. Figueroa Street, 10th Floor<br>Los Angeles, CA 90017 |
| 24 | Telephone: (213) 443-3000<br>Facsimile: (213) 443-3100 |
| 25 | Email: shonmorgan@quinnemanuel.com<br>Email: crystalnixhines@quinnemanuel.com |
| 26 | Email: marinalev@quinnemanuel.com |
| 27 | *Counsel for Defendants Cellco Partnership<br>d/b/a Verizon Wireless and Verizon Communications Inc.* |
| 28 | |