Daniel M. Hattis (SBN 232141)
Paul Karl Lukacs (SBN 197007)
Che Corrington (admitted *pro hac vice*)
HATTIS & LUKACS
11711 SE 8th Street, Suite 120
Bellevue, WA 98005
Telephone: (425) 233-8650
Facsimile: (425) 412-7171
Email: dan@hattislaw.com
Email: pkl@hattislaw.com
Email: che@hattislaw.com

[Other counsel listed under signature line]

*Attorneys for Plaintiffs and the Proposed Class*


Shon Morgan (SBN 187736)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
Email: shonmorgan@quinnemanuel.com

*Counsel for Defendants Cellco Partnership
d/b/a Verizon Wireless and Verizon Communications Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA MACCLELLAND, *Et Al.*, For Themselves, As Private Attorneys General, and On Behalf Of All Others Similarly Situated,<br><br>                                  Plaintiffs,<br><br>v.<br><br>CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS; and VERIZON COMMUNICATIONS INC.,<br><br>                                  Defendants. | Case No. 3:21-cv-08592-EMC<br><br>**STIPULATION AND** [PROPOSED] **ORDER CONTINUING STATUS CONFERENCE**<br><br>[Hon. Edward M. Chen]<br><br><u>Further Status Conference</u><br>Date:   January 16, 2024<br>Time:   2:30 p.m.<br>Courtroom:  By Zoom |

STIPULATION AND ORDER
CONTINUING STATUS CONFERENCE                                                             CASE NO. 3:21-CV-08592-EMC

## **STIPULATION**

WHEREAS, this civil action has been settled pursuant to a written class action settlement agreement that was preliminarily approved on December 15, 2023, in the proceeding captioned *Dean Esposito v. Cellco Partnership d/b/a Verizon Wireless*, New Jersey Superior Court Middlesex County Law Division Docket No. MID-L-6360-23 ("*Esposito*");

WHEREAS, if the settlement agreement is granted final approval at the Fairness Hearing scheduled for March 22, 2024, then the nationwide settlement would resolve the claims of class members in 50 states and in the District of Columbia, would resolve the *Esposito* action and would resolve the following class actions:

- *MacClelland, et al. v. Cellco Partnership d/b/a Verizon Wireless, et al.*, U.S. District Court for the Northern District of California Case No. 3:21-cv-08592-EMC ("*MacClelland*");
- *Corsi, et al. v. Cellco Partnership d/b/a Verizon Wireless, et al.*, U.S. District Court for the District of New Jersey Case No. 3:22-cv-04621-ZNQ-RLS ("*Corsi*");
- *Allen, et al. v. Cellco Partnership d/b/a Verizon Wireless, et al.*, U.S. District Court for the District of New Jersey Case No. 3:23-cv-01138-ZNQ-JBD ("*Allen*"); and
- *Achey, et al. v. Cellco Partnership d/b/a Verizon Wireless, et al.*, New Jersey Superior Court Middlesex County Law Division Case No. MID-L-000160-22 ("*Achey*");

WHEREAS, the settlement agreement states that, if the *Esposito* court grants final approval, then the operative complaints in *MacClelland*, *Corsi*, *Allen*, *Achey* and *Esposito* will at that time be voluntarily dismissed;

WHEREAS, this civil action should **not** at this time be dismissed;

WHEREAS, pursuant to this Court's Civil Minutes dated May 23, 2023 (Dkt. 83), this Court is scheduled to conduct a Status Conference on Tuesday, January 16, 2024;

NOW, THEREFORE, pursuant to Civil Local Rule 7-12, Plaintiffs Teresa MacClelland, *et al.*, and Defendants Cellco Partnership d/b/a Verizon Wireless and Verizon Communications Inc. hereby STIPULATE and AGREE as follows:

1. This Court should continue the Status Conference currently scheduled for

1 | Tuesday, January 16, 2024, to occur instead at 2:30 p.m. on Tuesday, April 23, 2024 (or

2 | whatever later date is convenient to the Court); and

3 |     2.    This Court not need take any other action at this time.

5 | Dated: December 22, 2023    Respectfully submitted,

DENITTIS OSEFCHEN PRINCE, P.C.

By: /s/ Stephen P. DeNittis
Stephen P. DeNittis, Esq. (admitted *pro hac vice*)
DENITTIS OSEFCHEN PRINCE, P.C.
5 Greentree Centre, Suite 410
525 Route 73 N.
Marlton, New Jersey 08057
Telephone: (856) 797-9951
Email: sdenittis@denittislaw.com

Daniel M. Hattis (SBN 232141)
Paul Karl Lukacs (SBN 197007)
Che Corrington (admitted *pro hac vice*)
HATTIS & LUKACS
11711 SE 8th Street, Suite 120
Bellevue, WA 98005
Telephone: (425) 233-8650
Facsimile: (425) 412-7171
Email: dan@hattislaw.com
Email: pkl@hattislaw.com
Email: che@hattislaw.com

*Attorneys for Plaintiffs and the Proposed Class*

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By:    /s/ Shon Morgan

Shon Morgan (SBN 187736)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
Email: shonmorgan@quinnemanuel.com

*Counsel for Defendants Cellco Partnership
d/b/a Verizon Wireless and Verizon Communications Inc.*

---

STIPULATION AND ORDER
CONTINUING STATUS CONFERENCE

- 3 -

CASE NO. 3:21-CV-08592-EMC

**CERTIFICATION UNDER CIVIL L.R. 5-1(h)(3)**

The filer of this document, Paul Karl Lukacs, hereby attests that each of the other signatories has concurred in the filing of this document.

Dated: December 22, 2023                                   By: */s/ Paul Karl Lukacs*

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

The Status Conference currently scheduled for Tuesday, January 16, 2024, is hereby CONTINUED to 2:30 p.m. on Tuesday, April 23, 2024.

Dated: December ___, 2023

HON. EDWARD M. CHEN
Judge of the U.S. District Court