UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JAN 16 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

TERESA MACCLELLAND, et al.,

    Plaintiffs-Appellees,

v.

CELLCO PARTNERSHIP, DBA Verizon Wireless; VERIZON COMMUNICATIONS, INC.,

    Defendants-Appellants.

No. 22-16020

D.C. No. 3:21-cv-08592-EMC
Northern District of California,
San Francisco

ORDER

On November 13, 2023, the court granted the parties' joint motion to hold this case in abeyance for 60 days pending final settlement. On January 11, 2024, the parties filed a joint status report, explaining that they have reached a nationwide settlement agreement and expect final court approval of the settlement on March 22, 2024. Accordingly, this appeal is held in abeyance for an additional 90 days, by which time the parties must submit a status update to the court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT