1   QUINN EMANUEL URQUHART & SULLIVAN, LLP                    .
      Shon Morgan (Bar No. 187736)
2       (shonmorgan@quinnemanuel.com)
       865 South Figueroa Street, 10th Floor
3   Los Angeles, California  90017
4   Telephone:     (213) 443-3000
    Facsimile:     (213) 443-3100
5
    *Attorneys for Defendants*
6   *VERIZON WIRELESS and VERIZON*
7   *COMMUNICATIONS, INC*

8                    **UNITED STATES DISTRICT COURT**
                **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
9

10   TERESA MACCLELLAND, et al.,                 CASE NO. 3:21-cv-08592-EMC

11                  Plaintiffs,                  **[PROPOSED] ORDER DENYING**
                                                 **MOTION TO INTERVENE**
12   vs.

13   CELLCO PARTNERSHIP D/B/A VERIZON
     WIRELESS, et al.,
14
                    Defendants.
15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    Before the Court is proposed intervenors' Motion to Intervene.  Dkt. 89.  Having considered

2 the briefing, evidence, and arguments raised by proposed intervenors and the parties in support of

3 and in opposition to the Motion, the Court DENIES the proposed intervenors' Motion.

4

5    **IT IS SO ORDERED.**

6

7

8    Dated:

_____

Hon. Edward M. Chen

9                                                                   United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. 3:21-cv-08592-EMC
[PROPOSED] ORDER