UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA MACCLELLAND, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>CELLCO PARTNERSHIP, et al.,<br><br>　　　　Defendants. | Case No.  21-cv-08592-EMC<br><br>**ORDER GRANTING IN PART DENYING IN PART PLAINTIFF'S ADMINISTRATIVE MOTION TO TAKE OFF CALENDAR MOTION FOR EQUITABLE REDISTRIBUTION (DKT. NO. 90)**<br><br>Docket No. 92 |

　　　　Proposed intervenors in this action have filed two motions: a Motion to Intervene (Docket No. 89), and a Motion for Equitable Distribution of Attorneys' Fees to the Class (Docket No. 90). Plaintiffs in this action have filed an Administrative Motion to Take Off Calendar Motion for Equitable Redistribution (Docket No. 92). Plaintiffs request that the Court first adjudicate the Motion to Intervene (Docket No. 89) before scheduling the Motion for Equitable Distribution (Docket No. 90). Proposed intervenors oppose Plaintiffs' Administrative Motion (Docket No. 93).

　　　　The Court **GRANTS in part and DENIES in part** Plaintiffs' Administrative Motion (Docket No. 92). The Court will hear the two motions sequentially, rather than in tandem, but the Motion for Equitable Distribution is to remain on the calendar for the time being. Docket No. 89 is to be heard on **April 15, 2024, at 1:30 p.m.**, by Zoom videoconference. Docket No. 90 is to be heard on **May 9, 2024, at 1:30 p.m.**, by Zoom videoconference. This Order disposes of Docket No. 92.

　　　　**IT IS SO ORDERED**.

Dated: March 13, 2024

_____
EDWARD M. CHEN
United States District Judge