# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## CIVIL MINUTES

**Date:** April 17, 2024  **Time:** 10:01-10:33  **Judge:** EDWARD M. CHEN
32 Minutes

**Case No.:** 21-cv-08592-EMC  **Case Name:** MacClelland v. Cellco Partnership d/b/a Verizon Wireless

**Attorneys for Plaintiffs:** Daniel Hattis, Stephen DeNittis, Paul Lukacs
**Attorney for Defendant:** Shon Morgan
**Attorney for Intervenors:** Theodore Frank

**Deputy Clerk:** Vicky Ayala          **Court Reporter:** Summer Fisher

### PROCEEDINGS HELD VIA ZOOM WEBINAR

Motion to Intervene - held.

### SUMMARY

Proposed Intervenor's Motion for intervention is denied. An Order summarizing the Court's reasoning to follow.