Daniel M. Hattis (SBN 232141)
Paul Karl Lukacs (SBN 197007)
Che Corrington (admitted *pro hac vice*)
HATTIS & LUKACS
11711 SE 8th Street, Suite 120
Bellevue, WA 98005
Telephone: (425) 233-8650
Facsimile: (425) 412-7171
Email: dan@hattislaw.com
Email: pkl@hattislaw.com
Email: che@hattislaw.com

*Attorneys for Plaintiffs and the Proposed Class*

Shon Morgan (SBN 187736)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
Email: shonmorgan@quinnemanuel.com

*Counsel for Defendants Cellco Partnership d/b/a Verizon Wireless and Verizon Communications Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA MACCLELLAND, *Et Al.*, For Themselves, As Private Attorneys General, and On Behalf Of All Others Similarly Situated, <br><br>                  Plaintiffs,<br>v.<br><br>CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS; and VERIZON COMMUNICATIONS INC.,<br><br>                  Defendants. | Case No. 3:21-cv-08592-EMC <br><br>**JOINT STATUS REPORT** <br><br>[Hon. Edward M. Chen] <br><br><u>Further Status Conference</u><br>Date:   May 28, 2024<br>Time:   3:00 p.m.<br>Courtroom:  By Zoom |

# JOINT STATUS REPORT

Pursuant to this Court's Clerk's Notice Vacating Motion Hearing And Rescheduling Status Conference dated April 17, 2024 (Dkt. No. 112; *see also* Dkt. No. 119), Plaintiffs Teresa MacClelland, *et al.* (collectively, "Plaintiffs"), and Defendants Cellco Partnership d/b/a Verizon Wireless and Verizon Communications Inc. (collectively, "Verizon") hereby submit this Joint Status Report:

On April 26, 2024, the New Jersey Superior Court for Middlesex County (by Hon. Ana C. Viscomi) granted and entered final approval of a nationwide class settlement that includes: "All current and former individual consumer account holders in the United States . . . who received postpaid wireless or data services from Verizon and who were charged and paid an Administrative Charge and/or an Administrative and Telco Recovery Charge between January 1, 2016 and November 8, 2023." Final Order And Judgment ¶ 3, *Esposito v. Cellco Partnership d/b/a Verizon Wireless*, New Jersey Superior Court Case No. MID-L-6360-23 (Apr. 26, 2024).

The deadline to notice any appeal from the Final Order and Judgment is June 10, 2024. Plaintiffs anticipate voluntarily dismissing this civil action after the Final Order And Judgment becomes effective.

Consequently, Plaintiffs and Verizon respectfully request that this Court continue the Further Case Management Conference for approximately two months, from its currently scheduled date of May 28, 2024, to July 30, 2024, or such other date more convenient for the Court.

Dated: May 21, 2024

Respectfully submitted,

DENITTIS OSEFCHEN PRINCE, P.C.

By: */s/ Stephen P. DeNittis*
Stephen P. DeNittis, Esq. (admitted *pro hac vice*)
DENITTIS OSEFCHEN PRINCE, P.C.
5 Greentree Centre, Suite 410
525 Route 73 N.
Marlton, New Jersey 08057
Telephone: (856) 797-9951
Email: sdenittis@denittislaw.com

Daniel M. Hattis (SBN 232141)
Paul Karl Lukacs (SBN 197007)
Che Corrington (admitted *pro hac vice*)
HATTIS & LUKACS
11711 SE 8th Street, Suite 120
Bellevue, WA 98005
Telephone: (425) 233-8650
Facsimile: (425) 412-7171
Email: dan@hattislaw.com
Email: pkl@hattislaw.com
Email: che@hattislaw.com

*Attorneys for Plaintiffs and the Proposed Class*


QUINN EMANUEL URQUHART & SULLIVAN, LLP


By:  */s/ Shon Morgan*

Shon Morgan (SBN 187736)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
Email: shonmorgan@quinnemanuel.com

*Counsel for Defendants Cellco Partnership
d/b/a Verizon Wireless and Verizon Communications Inc.*

## CERTIFICATION UNDER CIVIL L.R. 5-1(h)(3)

The filer of this document, Paul Karl Lukacs, hereby attests that each of the other signatories has concurred in the filing of this document.

Dated: May 21, 2024                              By: */s/ Paul Karl Lukacs*