Daniel M. Hattis (SBN 232141)
Paul Karl Lukacs (SBN 197007)
Che Corrington (admitted *pro hac vice*)
HATTIS & LUKACS
11711 SE 8th Street, Suite 120
Bellevue, WA 98005
Telephone: (425) 233-8650
Facsimile: (425) 412-7171
Email: dan@hattislaw.com
Email: pkl@hattislaw.com
Email: che@hattislaw.com

[Additional counsel listed under signature line]
*Attorneys for Plaintiffs and the Class*

Shon Morgan (SBN 187736)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
Email: shonmorgan@quinnemanuel.com

*Counsel for Defendants Cellco Partnership
d/b/a Verizon Wireless and Verizon Communications Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA MACCLELLAND, *Et Al.*, For Themselves, As Private Attorneys General, and On Behalf Of All Others Similarly Situated,<br><br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS; and VERIZON COMMUNICATIONS INC.,<br><br>　　　　　　　　　　Defendants. | Case No. 3:21-cv-08592-EMC<br><br>**STIPULATION AND** [PROPOSED] **ORDER OF DISMISSAL**<br><br>[Hon. Edward M. Chen] |

**STIPULATION OF DISMISSAL**

Plaintiffs Teresa MacClelland, Karen Umberger, Scott Willits, Michael Branom, Molly Brown, Michael Carney, Tim Frasch, Patricia Gagan, Anna Gutierrez, Linda Jenkins, Augustus Johnson, William Kaupelis, Marilyn Kaye, Janette Lisner, William Eric Lough, David Massaro, Louise Monsour, Darleen Perez, Gabrielle Pozzuoli, Valerie Reed, Bruce Schramm, Kerry Showalter, John St. Jarre, Gloria Stern, Edna Toy, Teresa Toy, and Vanessa West, for themselves, as private attorneys general, and on behalf of all others similarly situated (collectively, Plaintiffs) and Defendants Cellco Partnership d/b/a Verizon Wireless and Verizon Communications Inc. (collectively, Verizon) hereby STIPULATE and AGREE as follows:

WHEREAS, Plaintiffs filed this class action on November 3, 2021 (Dkt. No. 1), and Plaintiffs' operative pleading is the Second Amended Complaint filed on July 20, 2022 (Dkt. No. 58);

WHEREAS, a nationwide Settlement Agreement involving parallel claims was filed, granted preliminarily approval and granted final approval in the proceeding captioned *Dean Esposito, et al. v. Cellco Partnership d/b/a Verizon Wireless*, Docket No. MID-L-6360-23, in the Superior Court of the State of New Jersey for Middlesex County (*Esposito*);

WHEREAS, the *Esposito* court granted preliminary certification of a settlement class and then later granted final certification of a settlement class;

WHEREAS, the Effective Date of the *Esposito* settlement was September 20, 2024—the date on which the last remaining appeal of the order granting final approval was withdrawn;

WHEREAS, Section X.D. of the Settlement Agreement requires that this *MacClelland* civil action be dismissed with prejudice no later than seven days following the Effective Date;

///
///
///
///
///
///
///

NOW, THEREFORE, Plaintiffs and Verizon respectfully request that this Court enter an order dismissing the Second Amended Complaint and this civil action with prejudice.

Dated: September 26, 2024

Respectfully submitted,

| | |
|---|---|
| DENITTIS OSEFCHEN PRINCE, P.C. | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| By: /s/ Stephen P. DeNittis | By: /s/ Shon Morgan |
| Stephen P. DeNittis, Esq.<br>(admitted *pro hac vice*)<br>DENITTIS OSEFCHEN PRINCE, P.C.<br>5 Greentree Centre, Suite 410<br>525 Route 73 N.<br>Marlton, New Jersey 08057<br>Telephone: (856) 797-9951<br>Email: sdenittis@denittislaw.com | Shon Morgan (SBN 187736)<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>865 S. Figueroa Street, 10th Floor<br>Los Angeles, CA 90017<br>Telephone: (213) 443-3000<br>Facsimile: (213) 443-3100<br>Email: shonmorgan@quinnemanuel.com |
| Daniel M. Hattis (SBN 232141)<br>Paul Karl Lukacs (SBN 197007)<br>HATTIS & LUKACS<br>11711 SE 8th Street, Suite 120<br>Bellevue, WA 98005<br>Telephone: (425) 233-8650<br>Facsimile: (425) 412-7171<br>Email: dan@hattislaw.com<br>Email: pkl@hattislaw.com<br>Email: che@hattislaw.com | *Counsel for Defendants Cellco Partnership d/b/a Verizon Wireless and Verizon Communications Inc.* |

*Attorneys for Plaintiffs and the Class*

## ORDER OF DISMISSAL

For good cause shown, the Court hereby dismisses with prejudice the Second Amended Complaint and this civil action. The Court hereby instructs the Clerk of Court to close this file.

DATED: September ___, 2024

_____
HON. EDWARD M. CHEN
Judge of the U.S. District Court

**CERTIFICATION UNDER CIVIL L.R. 5-1(h)(3)**

The filer of this document, Paul Karl Lukacs, hereby attests that each of the other signatories has concurred in the filing of this document.

Dated: September 26, 2024                                     By: */s/ Paul Karl Lukacs*