1 | Daniel M. Hattis (SBN 232141)
Paul Karl Lukacs (SBN 197007)
2 | Che Corrington (admitted *pro hac vice*)
HATTIS & LUKACS
3 | 11711 SE 8th Street, Suite 120
Bellevue, WA 98005
4 | Telephone: (425) 233-8650
Facsimile: (425) 412-7171
5 | Email: dan@hattislaw.com
Email: pkl@hattislaw.com
6 | Email: che@hattislaw.com

7 | [Additional counsel listed under signature line]
*Attorneys for Plaintiffs and the Class*
8 |

9 | Shon Morgan (SBN 187736)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 S. Figueroa Street, 10th Floor
10 | Los Angeles, CA 90017
Telephone: (213) 443-3000
11 | Facsimile: (213) 443-3100
Email: shonmorgan@quinnemanuel.com
12 |

13 | *Counsel for Defendants Cellco Partnership*
*d/b/a Verizon Wireless and Verizon Communications Inc.*

14 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA MACCLELLAND, *Et Al.*, For Themselves, As Private Attorneys General, and On Behalf Of All Others Similarly Situated, | Case No. 3:21-cv-08592-EMC |
| | **STIPULATION AND** [PROPOSED] **ORDER OF DISMISSAL** |
| Plaintiffs, | [Hon. Edward M. Chen] |
| v. | |
| CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS; and VERIZON COMMUNICATIONS INC., | |
| Defendants. | |

**STIPULATION OF DISMISSAL**

Plaintiffs Teresa MacClelland, Karen Umberger, Scott Willits, Michael Branom, Molly Brown, Michael Carney, Tim Frasch, Patricia Gagan, Anna Gutierrez, Linda Jenkins, Augustus Johnson, William Kaupelis, Marilyn Kaye, Janette Lisner, William Eric Lough, David Massaro, Louise Monsour, Darleen Perez, Gabrielle Pozzuoli, Valerie Reed, Bruce Schramm, Kerry Showalter, John St. Jarre, Gloria Stern, Edna Toy, Teresa Toy, and Vanessa West, for themselves, as private attorneys general, and on behalf of all others similarly situated (collectively, Plaintiffs) and Defendants Cellco Partnership d/b/a Verizon Wireless and Verizon Communications Inc. (collectively, Verizon) hereby STIPULATE and AGREE as follows:

WHEREAS, Plaintiffs filed this class action on November 3, 2021 (Dkt. No. 1), and Plaintiffs' operative pleading is the Second Amended Complaint filed on July 20, 2022 (Dkt. No. 58);

WHEREAS, a nationwide Settlement Agreement involving parallel claims was filed, granted preliminarily approval and granted final approval in the proceeding captioned *Dean Esposito, et al. v. Cellco Partnership d/b/a Verizon Wireless*, Docket No. MID-L-6360-23, in the Superior Court of the State of New Jersey for Middlesex County (*Esposito*);

WHEREAS, the *Esposito* court granted preliminary certification of a settlement class and then later granted final certification of a settlement class;

WHEREAS, the Effective Date of the *Esposito* settlement was September 20, 2024— the date on which the last remaining appeal of the order granting final approval was withdrawn;

WHEREAS, Section X.D. of the Settlement Agreement requires that this *MacClelland* civil action be dismissed with prejudice no later than seven days following the Effective Date;

///

///

///

///

///

///

1    NOW, THEREFORE, Plaintiffs and Verizon respectfully request that this Court enter

2  an order dismissing the Second Amended Complaint and this civil action with prejudice.

3

4  Dated: September 26, 2024

5  Respectfully submitted,

6  DENITTIS OSEFCHEN PRINCE, P.C.          QUINN EMANUEL
                                           URQUHART & SULLIVAN, LLP
7
   By: /s/ Stephen P. DeNittis            By:  /s/ Shon Morgan
8
   Stephen P. DeNittis, Esq.              Shon Morgan (SBN 187736)
9   (admitted *pro hac vice*)             QUINN EMANUEL
   DENITTIS OSEFCHEN PRINCE, P.C.          URQUHART & SULLIVAN, LLP
10 5 Greentree Centre, Suite 410          865 S. Figueroa Street, 10th Floor
   525 Route 73 N.                        Los Angeles, CA 90017
11 Marlton, New Jersey 08057              Telephone: (213) 443-3000
   Telephone: (856) 797-9951              Facsimile: (213) 443-3100
12 Email: sdenittis@denittislaw.com       Email: shonmorgan@quinnemanuel.com

13 Daniel M. Hattis (SBN 232141)          *Counsel for Defendants Cellco Partnership d/b/a*
   Paul Karl Lukacs (SBN 197007)          *Verizon Wireless and Verizon Communications*
14 HATTIS & LUKACS                        *Inc.*
   11711 SE 8th Street, Suite 120
15 Bellevue, WA 98005
   Telephone: (425) 233-8650
16 Facsimile: (425) 412-7171
   Email: dan@hattislaw.com
17 Email: pkl@hattislaw.com
   Email: che@hattislaw.com
18
   *Attorneys for Plaintiffs and the Class*
19

20                    **ORDER OF DISMISSAL**

21    For good cause shown, the Court hereby dismisses with prejudice the Second Amended

22 Complaint and this civil action. The Court hereby instructs the Clerk of Court to close this file.

23

24

25

26 DATED: September  27 , 2024       _____

27                                   HON. EDWARD M. CHEN
                                     Judge of the U.S. District Court
28